**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 17-6283**

———————————

ISRAEL BEN-LEVI, a/k/a Danny L. Loren,

        Plaintiff - Appellant,

    v.

KELLI HARRIS; JACKIE PARKER,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:15-ct-03125-BO)

———————————

Submitted:  April 25, 2017                      Decided:  April 28, 2017

———————————

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Israel Ben-Levi, Appellant Pro Se.  Kimberly D. Grande, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Israel Ben-Levi appeals the district court's order denying relief on his civil action under 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. §§ 2000cc-1 to 2000cc-5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ben-Levi v. Harris*, No. 5:15-ct-03125-BO (E.D.N.C. Feb. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2